IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE HIGGINS, for herself and all others similarly situated, | Case No. 3:16-cv-02382-MEM |
| Plaintiff, | |
| v. | Hon. Malachy E. Mannion |
| BAYADA HOME HEALTH CARE, INC. | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION
AND ISSUANCE OF NOTICE UNDER 29 U.S.C. § 216(b)**

For the reasons stated in the forthcoming Memorandum, Plaintiff respectfully moves this Court to enter the proposed Order granting conditional certification of this action as a representative collective action and authorizing the dissemination of Class Notice to all similarly-situated persons pursuant to the "opt-in" mechanism for collective actions authorized by the Fair Labor Standards Act, 29 U.S.C. § 216(b), and granting the other relief described therein.

DATED: May 1, 2017

Respectfully Submitted,

*/s/ James B. Zouras*
James B. Zouras
Ryan F. Stephan
Teresa M. Becvar
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 *f*

jzouras@stephanzouras.com
rstephan@stephanzouras.com
tbecvar@stephanzouras.com
hjenkins@stephanzouras.com

David J. Cohen
**STEPHAN ZOURAS, LLP**
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing pleading to be served upon all record counsel by electronically filing said document *via* the Court's ECF system on May 1, 2017.

*/s/ James B. Zouras*_____