# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHANIE HIGGINS,** for herself and others similarly situated, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-2382 |
| v. | : | (JUDGE MANNION) |
| **BAYADA HOME HEALTH CARE, INC.,** | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Higgin's motion to amend her complaint, (Doc. 82), is **GRANTED**; and

(2) Higgins shall file an amended complaint no later than December 6, 2019.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 2, 2019**
16-2382-01-ORDER