# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE HIGGINS, MEGHAN TANEYHILL, SHIELA LEVESQUE, MARGARET MAGEE, SHERRI KRAMER, SHELLY NEAL, and YVETTE MARSHALL, for themselves and all others similarly situated, | : : : : : : : | Civil No. 3:16-CV-02382 |
| Plaintiffs, | : : | |
| v. | : : | |
| BAYADA HOME HEALTH CARE, INC., | : : : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of May, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Defendant's motion to stay discovery and for leave to file a motion for summary judgment, Doc. 137, is **GRANTED IN PART AND DENIED IN PART**. Specifically, Defendant's request to file a motion for summary judgment is **GRANTED**, but the request to stay discovery is **DENIED**.

2) Defendant's motion for a protective order, Doc. 141, is **DENIED**.

3) Defendant is permitted to file an early motion for summary judgment **by no later than September 25, 2020**.

1

4) Defendant shall cooperate with Plaintiffs to produce the following evidence as detailed in Plaintiffs' brief in opposition to the motion to stay discovery, Doc. 145, p. 5:

   a. Supplementation of Bayada's document production with regard to how the compensation policies and practices challenged in this litigation are conveyed and/or applied in the six states with class claims.

   b. Updated data on the number of potential class members in each putative state-law class asserted.

   c. Production of employment documents for the six newly-added named Plaintiffs.

5) Plaintiffs are permitted to proceed with the six fact depositions previously noticed; but Plaintiffs must seek leave of the court to take any additional depositions prior to the early summary judgment motion deadline by showing good cause, unless the parties can otherwise agree.

6) The limited discovery detailed in paragraphs 4 and 5 of this order shall be completed **by August 28, 2020**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania