# Exhibit B




**BAYADA**
Home Health Care

## 37-2278 EMPLOYMENT TRACKS, COMPENSATION AND BENEFITS FOR HOME HEALTH FIELD EMPLOYEES

*This policy was adopted on Aug. 11, 2003 and last revised Jan. 2, 2017.*

**Our Standard:**

*We believe our employees are our greatest asset.*

**Our Policy:**

BAYADA Home Health Care offers four tracks of employment with corresponding compensation and benefits to Home Health field employees.

**Our Procedure:**

1.0 **GENERAL INFORMATION AND DEFINITIONS.**

    1.1 Home Health field employees typically work for a Medicare Certified Office.

    1.2 Each Home Health field employee is assigned to one of the four employment tracks by the director: a) Guaranteed Full-Time, b) Guaranteed Part-Time with Benefits, c) Guaranteed Part-Time, and d) Per Diem. The number of positions available for each track is based on client caseload and staffing needs of the office.

    1.3 The benefits offered and Paid Time Off (PTO) earned are based on the employment track of the employee and are consistently provided to all field employees within a particular track.

    1.4 Eligibility for Paid Time Off (PTO) and calculations for accrual rates differ among the tracks and are described in section 2.0 below. Key terms associated with PTO and accrual toward benefit eligibility are:

        a. **Productivity Point** is defined as the number of points assigned to a type of visit. For example, a routine visit is assigned one point; a start of care visit is assigned more than one point.

        b. **Productivity minimum** is defined as the number of productivity points expected to be performed in a week as communicated and



BAYADA
Home Health Care

    assigned by the director.

  c. **A "unit"** is a measurement of worked time and will differ based on the type of work performed. For visits performed a unit is equal to one visit.

  d. **"No Pay" units** are defined as the number of units equating to a full day taken off without pay (For a full-time employee, this would be eight (8) units. For a part-time employee, it would be the daily number of visits expected times 1.33).

  e. **A "Benefit Credit Hour"** is a unit earned based on time worked that accrues toward eligibility for specific benefits as defined within each track.

## 2.0 EMPLOYMENT TRACKS.

Employees must continue to meet the requirements listed below in order to remain qualified for a particular track. See also [policy 0-117] for additional requirements of field employees and general benefit descriptions.

### 2.1 TRACK ONE- Visit Guaranteed Full-Time Field Employee (VFT)

  **2.1.1 Description** : Home Health  employees seeking a full-time and benefited position who are willing to carry a full caseload of clients from admission to discharge (if clinically appropriate) and willing to travel outside of geographic area when needed.

  **2.1.2 Requirements:.**

    a. Must accept the number of cases needed to fulfill their visit guarantee.

    b. Must work one weekend per month.

    c. Must work one major and one minor holiday per year.*

    d. Must be willing to travel outside assigned geographic area to see a client.

    e. Must be able to case manage all clients in his/her caseload, as applicable to discipline.

*As per [policy 0-117], BAYADA recognizes the following holidays: New Year's Day, Easter, Memorial Day, Fourth of July, Labor Day, Thanksgiving, and Christmas. Final determination of major and minor holidays is at the discretion of the director.


BAYADA
Home Health Care

### 2.1.3 Compensation and Benefits:

a. Weekly guarantee pay plus unit pay rate for additional pay units worked above expected productivity.
b. PTO will be accrued weekly as (productivity minimum times 1.33 less "no pay" units times .0769 per unit) - Equal to four (4) weeks per year less any "no pay units" taken.
c. Eligible for health insurance plans at comprehensive rate structure. Group health, dental, and vision insurance plans will be offered within 90 days of hire.
d. Paid holidays, as decided by the director.
e. Tuition reimbursement for one 3-credit course per semester, as decided by the director.
f. Participation in the 401(k) plan with company match if the employee is 21 years of age and 1000 benefit credit hours (40 units less no pay units accrued weekly) have been accumulated in the first 12 months, or if not, will be eligible to participate once they have earned 1000 benefit credit hours in any single calendar year.
g. Mileage reimbursement as decided by the director.

## 2.2 TRACK TWO-Visit Guaranteed Part-Time Employee with Benefits (VPB)

### 2.2.1 Description : Home Health employees seeking a part-time and benefited position who are willing to carry a proportionate caseload of clients from admission to discharge (if clinically appropriate) and willing to travel outside of geographic area when needed.

### 2.2.2 Requirements:

a. Must accept the number of cases needed to fulfill their visit guarantee.
b. Must work one weekend a month.
c. Must work one major and one minor holiday per year.*
d. Must be willing to travel outside assigned geographic area to see a client.
e. Must be able to case manage all clients in her/his caseload, as

Bayada00931



applicable to discipline.

\*As per [policy 0-117], BAYADA recognizes the following holidays: New Year's Day, Easter, Memorial Day, Fourth of July, Labor Day, Thanksgiving, and Christmas. Final determination of major and minor holidays is at the discretion of the director.

2.2.2.1

### 2.2.3 **Compensation and Benefits**:

a. Weekly guarantee pay, plus unit pay rate for additional pay units worked above expected productivity.
b. Eligible for health insurance plans at standard rate structure. Group health, dental, and vision insurance plans will be offered within 90 days of hire.
c. PTO will be accrued weekly as (productivity minimum times 1.33) less "no pay" units) times (.0769 per unit).
d. Paid Holidays, as decided by the director.
e. Tuition reimbursement for one 3-credit course per semester, as decided by the director.
f. Participation in the 401 (k) plan with company match will be achieved if the employee is 21 years of age and 1000 benefit credit hours (productivity minimum times 1.33 less no pay units accrued weekly) have been accumulated in the first 12 months, or if not, will be eligible to participate once they have earned 1000 benefit credit hours in any single calendar year.
g. Mileage reimbursement as decided by the director.

## 2.3 **TRACK THREE**-Visit Guaranteed Part-Time Employee (VPC)

### 2.3.1 **Description** : Home Health employees who want to be guaranteed pay for a certain amount of productivity points per week.

### 2.3.2 **Requirements**:

a. Must accept the number of cases needed to fulfill their visit guarantee.
b. Must work one weekend per month.



**BAYADA**
Home Health Care

   c. Must work one major and one minor holiday per year.*
   d. Must be able to case manage or share case management responsibilities for clients in her/his caseload.

*As per [policy 0-117], BAYADA recognizes the following holidays: New Year's Day, Easter, Memorial Day, Fourth of July, Labor Day, Thanksgiving, and Christmas. Final determination of major and minor holidays is at the discretion of the director.

### 2.3.3 Compensation and Benefits:

   a. Weekly guarantee pay plus unit pay rate for additional pay units worked above expected productivity.
   b. PTO will be accrued weekly as (productivity minimum times 1.33) less "no pay" units) times (.0769 per unit).
   c. Eligible for group health insurance if worked time in a three (3) month measurement period exceeds 30 hours per week on average.
   d. Minimum coverage plans are available to employees who do not meet group health plan eligibility requirements.
   e. Participation in the 401(k) plan with company match will be achieved if the employee is 21 years of age and 1000 benefit credit hours (Productivity minimum times 1.33 less no pay units accrued weekly).
   f. Mileage reimbursement as decided by the director.

## 2.4 TRACK FOUR- Visit Per Diem Employee (VPD)

### 2.4.1 Description : Home Health employees who want to choose the number of visits they will make in any given week. This includes weekend only positions.

### 2.4.2 Requirements: Able to case manage or share case management responsibilities with another visit employee, as applicable to discipline.

### 2.4.3 Compensation and Benefits:


**BAYADA**
Home Health Care

    a. Paid per visit.
    b. Eligible for group health insurance if worked time in a three (3) month measurement periods exceeds 30 hours per week on average.
    c. Minimum coverage plans are available to employees who do not meet group health plan eligibility requirements.
    d. Participation in the 401(k) plan with company match will be achieved if the employee is 21 years of age and 1000 benefit credit units (visit count times 1.33 accrued weekly) have been accumulated in the first 12 months, or if not, will be eligible to participate once they have earned 1000 benefit credit units in any single calendar year.
    e. Mileage reimbursement as decided by the director.

## 3.0 RELATED RESOURCES.

    a. [policy 0-7525]
    b. [policy 0-7526]
    c. [policy 0-7527]
    d. [policy 0-7528]

37-2278 - EMPLOYMENT TRACKS, COMPENSATION AND BENEFITS FOR HOME HEALTH FIELD EMPLOYEES

| | |
|---|---|
| Version: | 65.0 ( 33280 ) |
| Author(s): | PAT MALLEE (2003); ANNE JOHNSON (2003); CYNDI ZIPPILLI (2010); KATHY REAVY (2014); ANDREA TAVARES (2017) |
| Owner: | |
| Manual, Section: | PERSONNEL , PERSONNEL POLICIES |
| References: | |
| Revisions: | Jan. 02, 2017; Jan. 02, 2017; Jul. 01, 2015; Jul. 01, 2015; Jul. 01, 2015; Jul. 01, 2015; Jul. 01, 2015; Sep. 01, 2014; Sep. 01, 2014; Jul. 01, 2014; Feb. 24, 2014; Feb. 24, 2014; May. 31, 2011; May. 31, 2011; May. 31, 2011; Aug. 16, 2004; Aug. 16, 2004; Aug. 11, 2003; |



Comments:

Bayada00935